UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARK NEUTERMAN, Individually and on §
Behalf of All Others Similarly Situated, §
                                       §        Civil Action No. 4:17-cv-3918
                    Plaintiff,         §
                                       §
v.                                     §
                                       §
REPROS THERAPEUTICS INC., PATRICK      §
FOURTEAU, KATHERINE A. ANDERSON,       §
C.P.A., DANIEL F. CAIN, LARRY          §
DILLAHA, M.D., NOLA E. MASTERSON,      §
SAIRA RAMASASTRY, and MICHAEL G.       §
WYLLIE, PH.D., DSC.,                   §
                                       §
                    Defendants.        §

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED:  April 16, 2018.

Respectfully submitted,


        /s/ Thomas E. Bilek
Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

*Attorneys for Plaintiff*

2

**OF COUNSEL:**

Juan E. Monteverde
**MONTEVERDE & ASSOCIATES PC**
350 Fifth Avenue, Suite 4405
New York, NY  10118
Telephone: (212) 971-1341
Facsimile: (212) 202-7880
jmonteverde@monteverdelaw.com