UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK NEUTERMAN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-3918 |
| § | |
| REPROS THERAPEUTICS INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. (Dkt. No. 3).

Accordingly, it is Ordered that this case is dismissed with prejudice.

It is so ORDERED.

SIGNED on this 18th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge